**FILED**

10/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181





IN THE SUPREME COURT OF THE STATE OF MONTANA

THE OFFICE OF THE CLERK OF THE SUPREME COURT

HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0181

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

Petitioner and Appellee,                    GRANT OF EXTENTION

v.

JAVIER BAUTISTA-SCHEUBER,

Respondent and Appellant.

    Pursuant to the authority granted under M. R. App. P. 26(1), Appellee is

given an extension of time until December 1, 2021, to prepare, file, and serve the

Appellee's response brief.

DATED this ___ day of October, 2021.

                            _____

                          Bowen Greenwood, Clerk of the Supreme Court.

Cc: Javier Bautista-Scheuber, William J. Paul, Esq.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 25 2021